UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA R. MITCHELL | CIVIL ACTION |
| VERSUS | NO. 21-2115 |
| CVS PHARMACY, ET AL. | SECTION: "J"(2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge (Rec. Doc. 13), the recommendation letter submitted by the Plaintiff (Rec. Doc. 14), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Victoria R. Mitchell's claims be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and/or pursuant to FED. R. CIV. P. 4(m).

New Orleans, Louisiana, this 3rd day of June, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE